1   LINDA FULLERTON, Bar No. 83444
    PAUL FEUERWERKER, Bar No. 203616
2   Attorneys at Law
    54 Railroad Avenue
3   Pt. Richmond, CA  94801
    510/232-4000
4
    Attorneys for Defendant
5   TERRANCE GREEN JOHNSON

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12   UNITED STATES OF AMERICA,
                                        No. CR 06-00638 CW
13                       Plaintiff,
                                        **STIPULATION AND ORDER**
14   vs.                                **RE CONTINUANCE**

15   TERRANCE GREEN JOHNSON,

16                       Defendant.
     _____/
17

18          IT IS HEREBY STIPULATED by and between the parties hereto that the following may

19   be entered as the order of the court herein:  That this matter be continued to June 6, 2007, at 2:00

20   p.m.

21          This is based on the following reasons:

22          I am the attorney for Defendant TERRANCE GREEN JOHNSON, and I am currently in

23   a three-defendant trial re robbery/burglary/assault/conspiracy/sodomy charges in Contra Costa

24   County (before The Honorable Richard Arnason, 925/646-4287).  The trial is predicted to last

25   through April and maybe into May.  I have not had an opportunity to meet with Mr. Johnson and

26   the probation officer, nor to give the probation office sufficient time to do the report..

27   / / /

28   / / /

1    In addition, I have a scheduled vacation the week of May 21, 2007.

2    Garth Hire, Assistant United States Attorney, has agreed to this continuance.

3

4                                    Respectfully submitted,

5

6    Dated: _____.

7                                    _____
                                     LINDA FULLERTON, Attorney for Defendant
                                     TERRANCE GREEN JOHNSON

8

9    IT IS SO STIPULATED.

10

11   Dated: _____.

12                                   _____
                                     GARTH HIRE, Asst. United States Attorney

13

14

15                                   **<u>ORDER</u>**

16

17   IT IS ORDERED that this matter be continued to JUNE 6, 2007, at 2:00 p.m.

18

19   Dated: ____4/24/07_____.

20                                   _____
                                     THE HONORABLE CLAUDIA WILKEN
                                     Judge of the United States District Court

21

22

23

24

25

26

27

28